Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SIMONE J. JELKS,

      Plaintiff(s),

  -against-                                                  AFFIDAVIT OF SERVICE
                                                                                               07 CIV 7513

GILYARD MFG. CO. LLC, KWOK K. WONG,
AND DONG CHI MING,

      Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK    )
                                S.S.:
COUNTY OF ALBANY    )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 27TH day of September, 2007, at approximately the time of 12:30P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND COMPLAINT AND CIVIL COVER SHEET AND INDIVIDUAL RULES AND PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN AND INDIVIDUAL RULES AND PRACTICES OF JUDGE P. KEVIN CASTEL AND ECF GUIDELINES AND ECF PROCEDURES AND 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL AND SCHEDULING ORDER DATED 8/30/07 upon GILYARD MFG. CO., LLC, the defendant in this action, by delivering to and leaving with CAROL VOGT an agent of the Secretary of State, of the State of New York, one original and one copy thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 303 of the Limited Liability Company Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

CAROL VOGT is a white female, approximately 54 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 105 pounds with brown hair and brown eyes.

*Deborah LaPointe*
DEBORAH LaPOINTE

Sworn to before me this
27TH day of September, 2007

_____
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com