UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SIMONE J. JELKS,                                              JUDGE CASTEL
       Plaintiff(s),                                              Index No. 07 CIV. 7513

    -against-                                                     AFFIDAVIT OF SERVICE
GILYARD MFG. CO. LLC, KWOK K. WONG,
AND DONG CHI MING,
       Defendant(s).
------------------------------------------------------X
STATE OF NEW YORK   )
                                S.S.
COUNTY OF NEW YORK)

       NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 12th day of September 2007, at approximately the time of 12:35 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET, JUDGES' RULES AND ELECTRONIC FILING INSTRUCTIONS** upon Kwok J. Wong at 63-47 Booth Street, Apt. 5A, Rego Park, NY 11374, by personally delivering and leaving the same with his roommate, Chin Ki, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked if Kwok K. Wong is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

       Chin Ki is an Asian male, approximately 33 years of age, stands approximately 5 feet 5 inches tall and weighs approximately 170 pounds with black hair and brown eyes.

       That on the 19th day of September 2007, deponent served another copy of the foregoing upon Kwok J. Wong at 63-47 Booth Street, Apt. 5A, Rego Park, NY 11374, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same

envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

_____
NELSON CARVAJAL #965441

Sworn to before me this
20th day of September, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08