**MEMO ENDORSED**

# OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Piper Hoffman
Justin M. Swartz

*Of Counsel*
Jack A. Raisner
Allegra L. Fishel
Lewis M. Steel
Wendi S. Lazar
Nantiya Ruan
Deborah L. McKenna
René S. Roupinian

Rachel M. Bien
Cara E. Greene
Mark R. Humowiecki
Carmelyn P. Malalis
Stephanie M. Marnin
Tammy Marzigliano
Ossai Miazad
ReNika C. Moore
Linda A. Neilan
Tara Lai Quinlan
Anjana Samant

October 17, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07

**VIA HAND DELIVERY**
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

[Handwritten endorsement: Conference adjourned from Oct 19th to December 7, 2007 at 11:15 a.m. SO ORDERED. /s/ 10-18-07]

RECEIVED OCT 18 2007 CHAMBERS OF P. KEVIN CASTEL U.S.D.J.

Re: *Jelks v. Gilyard Mfg. Inc.*, 07 Civ. 7513 (PKL)
Our File Number: 070043-001

Dear Judge Castel:

We represent the Plaintiff in the above-referenced matter. We write jointly with Defendant to request an adjournment of the initial conference scheduled for Friday, October 19, 2007, at 10:30 a.m. This is the parties' first request for an adjournment.

Defense counsel only recently appeared and requested an extension of time to answer. We have agreed as a professional courtesy. Defense counsel states that he has not yet had time to meet with his client, and, therefore, the parties are not yet in a position to submit a proposed pretrial schedule. The parties are available to appear for an initial conference on Friday, November 30th or Friday, December 7th after 2:00 p.m.

Thank you in advance for considering our request.

Respectfully submitted,

ReNika C. Moore

cc: Hugh Mo, Esq.
Mark Humowiecki, Esq. (via email)
Justin Swartz, Esq. (via email)

3 Park Avenue, 29th Floor    New York, NY 10016    Tel 212-245-1000    Fax 212-977-4005
4 Landmark Square, Suite 201    Stamford, CT 06901    Tel 203-363-7888    Fax 203-363-0333
og@outtengolden.com    www.outtengolden.com