※AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 07-CV-7513 (PKC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Kwok K. Wong

I certify that I am admitted to practice in this court.

| 12/3/2007 | /s/ |
|---|---|
| Date | Signature |

| Hugh H. Mo | 0425 |
|---|---|
| Print Name | Bar Number |

225 BROADWAY, SUITE 2702
Address

| NEW YORK | NEW YORK | 10007 |
|---|---|---|
| City | State | Zip Code |

| (212) 385-1500 | (212) 385-1870 |
|---|---|
| Phone Number | Fax Number |