# OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Piper Hoffman
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar

Allegra L. Fishel
Lewis M. Steel
Nantiya Ruan
Deborah L. McKenna
René S. Roupinian

Rachel M. Bien
Molly Brooks
Cara E. Greene
Carmelyn P. Malalis
Stephanie M. Marnin
Tammy Marzigliano
Ossai Miazad
ReNika C. Moore
Linda A. Neilan
Tara Lai Quinlan
Anjana Samant
Lauren Schwartzreich

**MEMO ENDORSED**

May 12, 2008

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 5/12/08]

[Handwritten endorsement: Leave to amend granted. So Ordered. /s/ P. Kevin Castel USDJ 5-12-08]

**VIA FACSIMILE**
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007
Telephone:   (212) 805-0262
Fax:         (212) 805-7949

Re:   *Jelks v. Gilyard Mfg. Inc.*, 07 Civ. 7513 (PKC)
      Our File Number: 070043-001

Dear Judge Castel:

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff respectfully requests leave to file a First Amended Complaint (attached as Exhibit A). Defendant Kwok K. Wong ("Wong") does not oppose Plaintiff's request to file. The remaining two named Defendants have not stipulated to filing of this First Amended Complaint for the following reasons: (a) Defendant Dong Chi Ming has not been served and has not appeared in this action and (b) Defendant Gilyard Mfg Co. LLC has been served but has not appeared in this action.

In its Amended Complaint, Plaintiff seeks to correct the name of Defendant named as "Dong Chi Ming" in the original complaint to "Wong Chi Ming" and to name an additional party, Charles Chong, who upon information and belief, is an owner/shareholder of Defendant Gilyard Mfg. Co. LLC. Thank you for your consideration.

Respectfully submitted,

ReNika C. Moore

Enclosure

Cc: Franklin K. Chui

3 Park Avenue, 29th Floor   New York, NY 10016   Tel 212-245-1000   Fax 212-977-4005
4 Landmark Square, Suite 201   Stamford, CT 06901   Tel 203-363-7888   Fax 203-363-0333
og@outtengolden.com   www.outtengolden.com