**OUTTEN & GOLDEN LLP**
Justin M. Swartz (JS 7989)
ReNika Moore (RM 3484)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SIMONE J. JELKS,<br><br>                         Plaintiff,<br><br>            -       against -<br><br><br>GILYARD MFG. CO LLC;<br>KWOK K. WONG; WONG CHI MING; AND<br>CHARLES CHONG,<br><br>                         Defendants. | 07 Civ. 07513 (PKC)<br><br>**NOTICE OF PLAINTIFF'S<br>REQUEST TO ENTER<br>DEFAULT JUDGMENT** |

Please take notice that Plaintiff hereby requests that default judgment be entered against

Defendant Gilyard Mfg. Co. LLC.

In support of this Motion, Plaintiff relies on the pleadings and documents filed

with this Motion, including:

(1) the Declaration of ReNika C. Moore;

(2) Proof of Service of Complaint and Summons on Gilyard Mfg. LLC (attached

to Moore Dec. as "Exhibit A"); and

(3) Certificate of Default signed and stamped by the Clerk of the Court (attached

to Moore Dec. as "Exhibit B").

Dated:      New York, New York
              June 4, 2008

Respectfully submitted,
**OUTTEN & GOLDEN LLP**
By:

/s/ ReNika C. Moore
ReNika C. Moore

**Outten & Golden LLP**
Justin Swartz
ReNika C. Moore
3 Park Avenue, 29th Floor
New York, New York 10016
(212) 245-1000
Attorneys for Plaintiffs and the Class