## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIMONE J. JELKS,<br>       Plaintiff,<br><br>- against -<br><br>GILYARD MFG. CO LLC;<br>KWOK K. WONG; WONG CHI MING; AND<br>CHARLES CHONG,<br>       Defendants. | 07 Civ. 07513 (PKC)<br><br>**DEFAULT JUDGMENT** |

This action having been commenced on August 24, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Gilyard Mfg. Co., LLC, on September 27, 2007 by delivering the documents to and leaving them with the Secretary of State of New York through personal service on Carol Vogt, an agent of the Secretary of State of New York, and a proof of service having been filed on October 4, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $63,225.96 with interest at 9% from November 14, 2006, amounting to $8839.51 (as of June 3, 2008) plus reasonable attorneys' fees, costs, and disbursements of this action.

Dated: New York, New York
_____

                          _____
                             U.S.D.J.

This document was entered on the docket on _____.