# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
SIMONE J. JELKS,

|  |  |
|---|---|
| Plaintiff, | 07 Civ. 07513 (PKC) |
| - against - | **CLERK'S CERTIFICATE** |

GILYARD MFG. CO LLC;
KWOK K. WONG; and DONG CHI MING,

Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for

the Southern District of New York, do hereby certify that this action commenced on

August 24, 2007 with the filing of a summons and complaint, a copy of the summons and

complaint was served on GILYARD MFG. Co., LLC, a defendant in this action, by

delivering the documents to and leaving them with Carol Vogt, Agent of the Secretary of

the State of New York on September 27, 2007, and that proof of such service thereof was

filed on October 4, 2007.

I further certify that the docket entries indicate that the defendant has not filed an

answer or otherwise moved with respect to the complaint herein. The default of the

defendant is hereby noted.

Dated: New York, New York

Apr 17, 2008

**J. MICHAEL MCMAHON**
Clerk of the Court

By: _____
Deputy Clerk