```
                                              ┌─────────────────────────┐
                                              │ USDS SDNY               │
                                              │ DOCUMENT                │
UNITED STATES DISTRICT COURT                  │ ELECTRONICALLY FILED    │
SOUTHERN DISTRICT OF NEW YORK                 │ DOC #: _____│
------------------------------------------x   │ DATE FILED:  6/12/08    │
SWIMONE J. JELKS,                         :   └─────────────────────────┘
                                          :
                                          :
                  Plaintiff,              :
                                          :   07 Civ.7513 (PKC)
         - against -                      :
                                          :
                                          :   REVISED CIVIL CASE
                                          :   MANAGEMENT PLAN AND
GILYARD MFG. CO. LLC, et al.,                 SCHEDULING ORDER

                  Defendants.             :
                                          :
------------------------------------------x
```

        The Civil Case Management Plan and Scheduling Order is modified as follows:

1.     The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to September 30, 2008;

2.     The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to October 15, 2008;

3.     The next Case Management Conference will be held on _October 3, 2008_ at _10:45_ (am)/pm. Any conference scheduled for a date prior thereto is adjourned.

4.     In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

                                                                                                _____
                                                                                             P. Kevin Castel
                                                                                  United States District Judge

                                                                        6-11-08