UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SIMONE J. JELKS,

        Plaintiff(s),

  -against-

GILYARD MFG. CO LLC; KWOK K. WONG;
WONG CHI MING; AND CHARLES CHONG,
        Defendant(s).
-----------------------------------------------------------X

Index No. 07 CIV. 07513(PCK)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                      S.S.:
COUNTY OF NEW YORK)

        TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS., Inc., and is not a party to this action.

        That on the 28th day of May 2008, at approximately the time of 1:30 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN, INDIVIDUAL PRACTICES OF JUDGE P. KEVIN CASTEL AND CRITICAL INSTRUCTIONS TO ATTORNEYS** upon Wong Chi Ming at 451 Father Capodanno Blvd, Staten Island, NY 10305. No answer was received when deponent rang the bell. The female letter carrier confirmed the address.

        That on the 29th day of May 2008, at approximately the time of 9:20 p.m., deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN, INDIVIDUAL PRACTICES OF JUDGE P. KEVIN CASTEL AND CRITICAL INSTRUCTIONS TO ATTORNEYS** upon Wong Chi Ming at 451 Father Capodanno Blvd, Staten Island, NY 10305, again no answer was received when deponent rang the bell.

        That on the 31st day of May 2008, at approximately the time of 8:15 a.m., deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN, INDIVIDUAL PRACTICES OF JUDGE P. KEVIN CASTEL AND**

**CRITICAL INSTRUCTIONS TO ATTORNEYS** upon Wong Chi Ming at 451 Father Capodanno Blvd, Staten Island, NY 10305, again no answer was received when deponent rang the bell.

That on the 3rd day of June 2008, at approximately the time of 6:00 p.m., deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN, INDIVIDUAL PRACTICES OF JUDGE P. KEVIN CASTEL AND CRITICAL INSTRUCTIONS TO ATTORNEYS** upon Wong Chi Ming at 451 Father Capodanno Blvd, Staten Island, NY 10305, again no answer was received when deponent rang the bell.

At that time, therefore, deponent served a true copy of the foregoing papers upon Wong Chi Ming by firmly affixing same conspicuously on the full-length glass front door at that address.

That on the 4th day of June 2008, deponent served another copy of the foregoing upon Wong Chi Ming at 451 Father Capodanno Blvd, Staten Island, NY 10305, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
13th day of June 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012