UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIMONE J. JELKS,

                Plaintiff,

    -against-

GILYARD MFG. CO., LLC, KWOK K. WONG, WONG CHI MING, and CHARLES CHONG

                Defendants.

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT

07cv07513(PKC)

---

IT IS AGREED by the undersigned parties as follows:

1. The time of defendant Wong Chi Ming to answer the first amended complaint or to make any motion addressed to it is extended to September 3, 2008.

2. Defendant Wong Chi Ming acknowledges that he has waived the defenses of lack of jurisdiction over the person, insufficiency of process, and insufficiency of service of process.

Dated: New York, NY
       July 31, 2008

OUTTEN & GOLDEN, LLP

By: _____
ReNika C. Moore (RM 1484)
Attorneys for Plaintiff
3 Park Avenue, 29th Floor
New York, NY 10016
(212) 245-1000

_____
Defendant Wong Chi Ming
*Pro Se* (with a lawyer's assistance)
451 Father Capodanno Boulevard
Staten Island, NY 10305

SO ORDERED,

Dated: New York, New York _August 25_, 2008

_____
U.S.D.J.

Returned to chambers for scanning on 8.24.08
Scanned by chambers on _____

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

8/25/08 Copies mailed