**OUTTEN & GOLDEN LLP**
Justin M. Swartz (JS 7989)
ReNika Moore (RM 3484)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SIMONE J. JELKS,

               Plaintiff,

    -     against -

GILYARD MFG. CO LLC;
KWOK K. WONG; WONG CHI MING; AND
CHARLES CHONG,

              Defendants.

07 Civ. 07513 (PKC)

**NOTICE OF APPEARANCE**

     PLEASE TAKE NOTICE that Molly Brooks of OUTTEN & GOLDEN LLP hereby

appears in the above-entitled proceeding on behalf of Plaintiff Simone J. Jelks, and that she hereby

demands service upon her of a copy of all subsequent written communications or notices to said

parties in this proceeding.

Dated: New York, New York
      September 8, 2008

                       /s/ Molly Brooks
                       Molly Brooks

                       Molly Brooks (MB 2360)
                       *Outten & Golden LLP*
                       3 Park Ave, 29th Floor
                       New York, NY 10016
                       Telephone: (212) 245-1000
                       *Attorneys for Plaintiff*